# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KERRI BENJAMIN ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:20-cv-01858 |
| ) | |
| CVS PHARMACY, INC. ) | |
|     Defendant. ) | |

## DEFENDANT'S NOTICE OF REMOVAL

The Defendant, Connecticut CVS Pharmacy, LLC (improperly named as "CVS Pharmacy, Inc." in this lawsuit) (hereinafter "CVS" or Defendant"), pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1332, hereby files this Notice of Removal of the above-captioned action to the United States District Court for the District of Connecticut from the Judicial District of Hartford at Hartford (Docket No. HHD-CV20-6135425-S), where the action is now pending, and further asserts and avers as follows:

1. This dispute arises out of bodily injuries allegedly suffered by the Plaintiff on or about June 23, 2020 when she fell in the CVS retail store located at 45 South Main Street, Unionville, Connecticut.

2. Plaintiff alleges to have served her Complaint papers on the Defendant on November 23, 2020. A copy of the Plaintiff's Complaint, Summons and Return of Service is attached hereto as **Exhibit A**.

3. In her Complaint/Summons, the Plaintiff sets forth her residence as 3 Brittany Lane in Unionville, Connecticut.

4. CVS Pharmacy, Inc. is a corporation organized under the laws of the State of Rhode Island with a principal place of business also located in the State of Rhode Island. <u>See</u> **Exhibit B**. As noted above, the correct CVS entity is Connecticut CVS Pharmacy, LLC. Connecticut CVS Pharmacy, LLC's sole member is CVS Pharmacy, Inc. – which has a principal place of business in Rhode Island. <u>See</u> **Exhibit C**. The citizenship of a limited liability company is determined by the citizenship of its members. <u>See</u> <u>Carden v. Arkoma Assocs.</u>, 494 U.S. 185 (1990). Pursuant to 28 U.S.C. § 1332, "a corporation shall be deemed to be a citizen of every State…by which it has been incorporated and of the State…where it has its principal place of business." Therefore, Connecticut CVS Pharmacy, LLC is a citizen of the State of Rhode Island for diversity jurisdiction purposes.

5. The amount in controversy exceeds $75,000, exclusive of interest and costs. According to the Complaint, the Plaintiff alleges to have a "head injury," a laceration to her forehead requiring sutures, a neck injury and an injury to her left knee. In addition, based on photographs provided by Plaintiff's counsel, it appears that the Plaintiff has a facial scar that is one to two inches in length. In light of the foregoing, the amount in controversy requirement is satisfied.

6. The Defendant will give written notice of the filing of this Notice to all adverse parties and to the Clerk of the Judicial District of Hartford at Hartford as required by 28 U.S.C. § 1446(d).

WHEREFORE, the Defendant respectfully requests that this action proceed in this Court as an action properly removed to it.

Respectfully submitted,
**DEFENDANT,**
By its attorneys,

/s/ Young B. Han
Young B. Han, Bar No. ct29543
yhan@davids-cohen.com
**DAVIDS & COHEN, P.C.**
40 Washington Street, Suite 20
Wellesley, MA 02481
(781) 416-5055

## CERTIFICATE OF SERVICE

    I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on December 15, 2020 to all attorneys and self-represented parties of record and to all parties who have not appeared in this matter and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

*For the Plaintiff:*
Aaron T. Jainchill, Esq.
Jainchill & Beckert, LLC
144 West Main Street
Plainville, CT 06062

/s/ Young B. Han
Young B. Han