**CT Corporation**

**Service of Process Transmittal**
11/23/2020
CT Log Number 538634539

TO: Serviceof Process
CVS Health Companies
1 Cvs Dr Mail Code 1160
Woonsocket, RI 02895-6146

RE: **Process Served in Connecticut**

FOR: CVS Pharmacy, Inc.  (Domestic State: RI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Kerri Benjamin, Pltf. vs. CVS Pharmacy, Inc. Dft. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # NONE |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, East Hartford, CT |
| DATE AND HOUR OF SERVICE: | By Process Server on 11/23/2020 at 12:03 |
| JURISDICTION SERVED : | Connecticut |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 11/23/2020, Expected Purge Date: 11/28/2020 |
| | Image SOP |
| | Email Notification,  Serviceof Process  service_of_process@cvs.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>155 Federal St Ste 700<br>Boston, MA 02110-1727 |
| For Questions: | 800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

Page 1 of  1 / MG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# Business Inquiry

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | CVS PHARMACY, INC. | Citizenship/State Inc: | Foreign/RI |
| Business ID: | 0553850 | Last Report Filed Year: | 2020 |
| Business Address: | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | Business Type: | Stock |
| Mailing Address: | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | Business Status: | Active |
| Date Inc/Registration: | Feb 04, 1997 | Name in State of INC: | CVS PHARMACY, INC. |
| Commence Business Date: | Feb 04, 1997 | | |
| Annual Report Due Date: | 02/03/2021 | | |
| NAICS Code: | Retail Trade (44) | NAICS Sub Code: | Pharmacies and Drug Stores (446110) |

## Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| MELANIE K. LUKER  ASST. SECRETARY | ONE CVS DR., WOONSOCKET, RI, 02895 | 40 POPPY DR., CRANSTON, RI, 02920 |
| CAROL A. DENALE  PRESIDENT/TREASURER | ONE CVS DRIVE, WOONSOCKET, RI, 02895 | 75 POPLAR STREET, WATERTOWN, MA, 02472 |
| THOMAS S. MOFFATT  VICE PRESIDENT/SECRETARY | ONE CVS DRIVE, WOONSOCKET, RI, 02895 | 29 HOMESTEAD CIRCLE, KINGSTON, RI, 02881 |

IMPORTANT: There are more principals for this business that are not shown here.

[ View All Principals(5) ]

## Agent Summary

| | |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Agent Business Address | 67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408 |
| Agent Residence Address | NONE |
| Agent Mailing Address | NONE |

## SUMMONS - CIVIL

JD-CV-1 Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | ( 860 ) 548 – 2700 | 12/29/2020 |

| ☒ Judicial District   ☐ Housing Session | G.A. Number: | At (City/Town) Hartford | Case type code (See list on page 2) Major: T   Minor: 03 |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Jainchill & Beckert, LLC, 144 West Main Street, Plainville, CT 06062 | 431453 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 860 ) 351 – 5254 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): Bill@jblawct.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Benjamin, Kerri  Address: 3 Brittany Lane, Unionville, CT 06085 | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| First defendant | Name: CVS Pharmacy, Inc., 45 South Main Street, Unionville CT 06085  Address: AGENT FOR SERVICE: CT CORPORATION SYSTEM, 67 BURNSIDE AVE, EAST HARTFORD, CT 06108 | D-01 |
| Additional defendant | Name:  Address: | D-02 |
| Additional defendant | Name:  Address: | D-03 |
| Additional defendant | Name:  Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

Attest: A True Copy
Peter W. Sigiaski
State Marshal Hartford County

### Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date 11/17/2020 | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court  ☐ Clerk | Name of person signing Aaron T. Jainchill, Esq. |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

   Do *not* use this summons for the following actions:
   - (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   - (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   - (c) Applications for change of name
   - (d) Probate appeals
   - (e) Administrative appeals
   - (f) Proceedings pertaining to arbitration
   - (g) Summary Process (Eviction) actions
   - (h) Entry and Detainer proceedings
   - (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 50 | Uninsured/Underinsured Motorist Coverage |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 15 | Receivership for Abandoned/Blighted Property |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |
| | M 90 | All other |

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | | |
|---|---|---|
| RETURN DATE:  DECEMBER 29, 2020 | : | SUPERIOR COURT |
| KERRI BENJAMIN | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| CVS PHARMACY, INC. | : | NOVEMBER 17, 2020 |

## COMPLAINT

1. The plaintiff, Kerri Benjamin, at all times pertinent hereto, was a resident of Unionville, Connecticut.

2. The defendant, CVS Pharmacy, Inc. (hereinafter "CVS") is a business entity organized under the laws of the State of Connecticut and authorized to business in the state of Connecticut.

3. At all pertinent times hereto, CVS owned, was in possession of, and was charged with the care, management, custody and/or control of the premises located at 45 South Main Street, Unionville, Connecticut (hereinafter the "Premises").

4. On or about June 23, 2020 at approximately 8:00 p.m. the plaintiff was a patron and an invitee of said CVS, located at 45 South Main Street, Unionville, CT.

5. On or about said date, the plaintiff was caused to trip and fall over a warped and/or bent metal threshold while exiting CVS through the front entrance/exit of the premises, causing the losses and harms set forth herein.

6. As a result of the carelessness and negligence of this defendant, the plaintiff sustained injuries to her head, neck, left knee, and a laceration to her forehead requiring sutures, contusions and bruises, all of which are or are likely to be permanent in nature.

7. Also as a result of the carelessness and negligence of this defendant, the plaintiff was caused to seek medical care and to incur expenses for hospitals, surgeons, surgical care, doctors, physical therapists, pharmacists, medications, and the like, and may incur the same in the future, all to her loss and damage, and her quality of life has been decreased and diminished.

8. Also as a result of the carelessness and negligence of this defendant, the plaintiff's ability to take part and enjoy the ordinary activities of daily living has been impaired.

9. The plaintiff's injuries and losses were caused by the carelessness and negligence of this defendant, its agents, servants and/or employees, in one or more of the following ways:

a. In that it/they knew or in the exercise of reasonable care, should have known of the existence of the defective threshold herein, yet failed to undertake any measures to remedy same;

b. In that it/they failed to inspect, be mindful or watchful of, and/or properly inspect the Premises for the existence of the defective threshold as alleged herein;

c.   In that it/they failed to place warning cones, warning signs and/or notices in the vicinity of the area where the plaintiff fell, otherwise remedy the situation;

d.   In that it/they failed to warn the Plaintiff of the defective threshold as alleged herein when they could and should have done so; and

e.   In that it/they failed to property train and/or instruct its agents, servants and/or employees to keep the premises safe for its customers.

WHEREFORE, the Plaintiff requests:

1. Monetary Damages
2. Any other Relief that this Court deems Just and Reasonable

The Plaintiff,

By_____
Aaron Jainchill, Esq.
Jainchill & Beckert
144 West Main Street
Plainville, CT 06062
(860) 351-5254

| | | |
|---|---|---|
| RETURN DATE: DECEMBER 29, 2020 | : | SUPERIOR COURT |
| KERRI BENJAMIN | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| CVS PHARMACY, INC. | : | NOVEMBER 17, 2020 |

## STATEMENT OF DEMAND

The amount in demand in the above-captioned matter is more that FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest and costs, and the plaintiff claims the jurisdiction of this court.

The Plaintiff,

By _____
Aaron Jainchill, Esq.
Jainchill & Beckert
144 West Main Street
Plainville, CT 06062
(860) 351-5254